# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

THOMAS MEEKINS,

    Petitioner,

v.                                                Case No. 8:13-cv-544-T-30TGW

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

## O R D E R

This Cause is before the Court upon a petition for writ of habeas corpus pursuant to 28 U.S.C. §2254 (Dkt. 1). The petition attacks convictions entered in the Nineteenth Judicial Circuit Court in Martin County, Florida, which is located within the territorial jurisdiction of the United States District Court, Southern District of Florida. The Petitioner is currently confined at Moore Haven Correctional Institution, Glades County, Florida, which is located within the territorial jurisdiction of the United States District Court, Middle District of Florida.

A federal habeas corpus petition such as this may be filed in the District in which the state court which convicted the Petitioner is located or in the District where he is confined. 28 U.S.C. §2241(d).[1]

---

[1] "Where an application for a writ of habeas corpus is made by a person in custody under the judgment and sentence of a State court of a State which contains two or more Federal judicial districts, the application may be filed in the district court for the district wherein such person is in custody or in the district court for the district within which the State court was held which convicted and sentenced him and each of such district courts shall have concurrent jurisdiction to entertain the application. The district court for the district wherein such an application is filed in the exercise of its discretion and in furtherance of justice may transfer the application to the other district court for hearing and determination." 28 U.S.C. § 2241(d).

The Southern District of Florida, where the Petitioner was convicted and where the records pertaining to the convictions are located, is the appropriate venue for this petition.

**ACCORDINGLY** it is **ORDERED** that the Clerk of this Court shall immediately forward the case file to the United States District Court, Southern District of Florida, for all further proceedings, terminate any pending motions, and close this case.

**DONE** and **ORDERED** in Tampa, Florida on February 28, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy to: *Pro se* Petitioner